

1  Arasto Farsad, ESQ. (SBN 273118)
   FARSAD LAW OFFICE, P.C.
2  2905 Stender Way Suite 76
   Santa Clara CA 95054
3  Tel: (408) 641-9966
   Fax: (408) 866-7334
4  FarsadLaw1@gmail.com
   Attorney for Plaintiff:
5  AFSANEH JAFAKESH

6

7                                                              12/29/2014

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10  AFSANEH JAFAKESH,                    CASE NO.:  5:14-CV-03635 EJD

11
                 Plaintiff,             [The Honorable Edward J. Davila]
12

13     v.                               **STIPULATED DISMISSAL WITH
                                        PREJUDICE PURSUANT TO FED. R. OF
14                                      CIV. P. 41(a)(1)(A)(ii)**
    CITIMORTGAGE, INC. and DOES 1-10,
15  inclusive,                          **Action Filed: 07/10/14.**

16
                 Defendant(s).
17

18        TO THE HONORABLE JUDGE HOWARD R. LLOYD:  Plaintiff, AFSANEH
19
    JAFAKESH (hereinafter, the "Plaintiff") and CITIMORTGAGE, INC., (hereinafter, the
20
    "Defendant") (or, referred to collectively as the "Parties"), by and through their respective
21
    attorneys of record, hereby stipulate to the dismissal of this action *with prejudice* pursuant to
22
    FRCP Rule 41 (a)(1)(A)(ii). Pursuant to Rule 41(a)(1)(A) (ii), a "plaintiff may dismiss an
23
    action without court order by filing . . . a stipulation signed by all parties who have
24
    appeared."[1]
25

26  _____
    [1] Voluntary dismissals filed pursuant to this rule allow the parties to bypass the court and
27  effectuate dismissals without court order. Thus, a properly filed stipulated dismissal made
    pursuant to Rule 41(a)(1)(ii) is effective automatically and does not require judicial approval.
28  *See, e.g.,* Hester Indus., Inc. v. Tyson Foods, Inc., 160 F.3d 911, 916 (2d Cir. 1998) and cases
    cited therein.)

1808038.1

<b><u>RECITALS</u></b>

1. On July 10, 2014, Plaintiff filed this case in the Superior Court, County of Santa Clara, with case number 114CV267781 assigned. (Hereinafter, the "Action.")

2. On August 11, 2014, Defendant filed a Notice of Removal and removed the Action to the instant court.

3. On or about November 4, 2014, the Parties agreed in principal to a settlement.

4. Accordingly, the undersigned Parties hereby represent that they have entered into a settlement agreement which has resolved all controversies to their mutual satisfaction.

WHEREFORE, the Parties hereby agree to dismiss the instant case with prejudice pursuant to Rule 41(a)(1)(A)(ii) with each party to bear their own attorneys' fees and costs in accordance with the terms of the Agreement between the Parties. The Clerk shall close this file.

Dated: December 24, 2014          FARSAD LAW OFFICE, P.C.

_____ /s/ *Arasto Farsad*

By: Arasto Farsad
Attorneys for Plaintiff
NORIEL ADRICULA

Dated: December 24, 2014          WOLFE & WYMAN LLP

_____ /s/ *Meagan S. Tom*

By: Meagan S. Tom
Attorneys for Defendant
CITIMORTGAGE, INC.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

CASE NO.:  5:14-CV-03635 HRL
STIPULATED DISMISSAL

1808038.1